**LaRonda PHOX, Appellant,**

v.

**LEE'S SUMMIT SCHOOL DISTRICT, Appellee.**

No. 07–1882.

United States Court of Appeals, Eighth Circuit.

Submitted: May 19, 2008.

Filed: May 23, 2008.

LaRonda Phox, Kansas City, MO, pro se.

J. Earlene Farr, Matthew Justin Gist, Robert O. Jester, Ensz & Jester, Kansas City, MO, for Appellee.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

LaRonda Phox appeals the district court's[1] adverse grant of summary judgment in her employment-discrimination ac-

tion. To the extent Phox has properly challenged the district court's analysis of her race-based retaliation, failure-to-promote, unequal-pay, and disparate-impact claims, we find no basis for overturning the grant of summary judgment and Phox has provided none. *See Hesse v. Avis Rent A Car Sys., Inc.,* 394 F.3d 624, 629 (8th Cir.2005) (summary judgment standard of review); *Stone v. Harry,* 364 F.3d 912, 914–15 (8th Cir.2004) (declining to consider pro se claims and allegations advanced for first time on appeal). Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B. We also deny Phox's motion to supplement the record.

---

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for the Western District of Missouri.